IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>       *Plaintiff*,<br><br>    *v.*<br><br>CITY OF PHILADELPHIA, et al.,<br><br>       *Defendants*. | Civil Action<br><br>No. 24-0036 |

## ORDER

**AND NOW**, this 21st day of October, 2024, upon consideration of Defendant's Motion for Judicial Reassignment Based on Incorrect Designation of Related Case (Doc. No. 28), Plaintiff's Response in Opposition (Doc. No. 39), Defendants' Reply (Doc. No. 40), Defendant's Letter Brief (Doc. No. 45), and Plaintiff's Letter Brief (Doc. No. 46), it is hereby **ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, C.J.**

1