IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOHNSON,<br>Plaintiff,<br>v.<br>PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 24-36 |

**ORDER**

**AND NOW**, this 10th day of August 2026, upon consideration of Defendant Lynne Abraham's Motion to Dismiss Count V from the Complaint (Doc. No. 96), Plaintiff's Response in Opposition (Doc. No. 97), Defendant's Reply (Doc. No. 99), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant Lynne Abraham's Motion to Dismiss Count V of the Complaint (Doc. No. 96) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.